DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMES NATHANIEL DOUSE, SR.,

Appellant,

v.

CANOE CREEK NEIGHBORHOOD ASSOCIATION, INC.,

Appellee.

Case No. 2D2024-2399

————————————————

December 12, 2025

Appeal from the County Court for Manatee County; Jacqueline B. Steele, Judge.

James Nathaniel Douse, pro se.

Jesse M. Tilden and Michael J. Prohidney of Tilden & Prohidney, P.L., Bradenton, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.